# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

OLIVER L. CANADAY,

    Plaintiff,

vs.                                      CASE NO. 5:09-cv-247/RS-EMT

MICHAEL W. WYNNE,

    Defendant.

_____/

## ORDER

Before me are Plaintiff's motion for extension of time (Doc. 28) and motion to subpoena documents (Doc. 30).

Plaintiff's motion to subpoena documents (Doc. 30) is **denied**. The evidentiary record on which the Magistrate Judge's Report and Recommendation is based is now closed. Plaintiff's objections to the Report and Recommendation are limited to the evidentiary record considered by the Magistrate Judge.

Plaintiff's motion for extension of time (Doc. 28) suggests that he intends to submit additional evidence that he might garner by a Freedom of Information Act request. Again, Plaintiff's objections must be based upon the evidentiary record considered by the Magistrate Judge in reach the Report and Recommendation. Submission of further evidence as part of an objection is not permitted. Plaintiff

shall file his objections to the Report and Recommendation (Doc. 27) not later than June 30, 2010.

**ORDERED** on June 16, 2010.

<u>**/s/ Richard Smoak**</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**