IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OLIVER L. CANADAY,

    Plaintiff,
vs.                               CASE NO. 5:09cv247/RS-EMT

MICHAEL W. WYNNE,

    Defendant.
_____/

## ORDER

Plaintiff's Motion To Subpoena Documents For Evidence (Doc. 32) is **denied as moot.**

**ORDERED** on July 2, 2010.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**